# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Azumah Robinson

**Full name(s) of Plaintiff(s)**
**(Do not use *et al.*)**

AUG 9 2021 PM 12:53
FILED-USDC-CT-NEW HAVEN

Case No. 3:21 cv 104 7 (VAB)
(To be supplied by the Court)

v.

Bank of America

**Full names of Defendant(s)**
**(Do not use *et al.*)**

## A. PARTIES

1. Azumah Robinson _____ is a citizen of Connecticut _____ who
   (Plaintiff)                              (State)
   presently resides at 85 Pond st New Haven CT 06511 _____.
   (mailing address)

2. Defendant Bank of America _____ is a citizen of North Carolina _____
   (name of first defendant)                         (State)
   whose address is 100 Tryon St Charlotte, NC 28255 _____.

3. Defendant _____ is a citizen of _____
                        (name of second defendant)                                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))
Jurisdiction is conferred on this Court by 15 U.S.C. § 1640(e) and 28 U.S.C. §§ 1331, 1337.

_____
The court has authrithy to issue a declaratory judgment by virtue of 28 U.S.C. § 2201.
_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

This Complaint is filed under the Truth in Lending Act, 15 U.S.C. § 1601 (hereinafter called "Act") to enforce the plaintiff's right to rescind a consumer credit transaction and finance charge violatioins, to void the Defendant's security interest in the Plaintiff's vehicle  , and to recover statutory damages, reasonable attorney's fees and costs by reason of the Defendant's violations of the Act. Plaintiff also seeks damages for Defendant's violations of $53,771.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

The Defendant is in violation of 15 USC 1635(a)

**Claim I**: _____

_____

_____

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Pursuant to 28 U.S.C 3002 United States is a federal corporation and was declared bankrupt in 1933 when President Roosevelt signed the executive orders 6073, 6102, 6111, and 6260. United States promised to pay all debts public and private. All dealerships and banks are under the bankrupt corporation which is United States. Every corporation is registered under a municipality. 11 U.S.C 109 states that municipalities are bankrupt.

1.On September 5, 2019 Plaintiff used his credit card which is Plaintiff social security card pursuant to 15 U.S.C 1602(l) which Plaintiff is an authorized user, to enter into a consumer credit transaction to get a consumer goods for personal use, which was subjected to a finance charge, with Defendant. Plaintiff used his consumer credit from his open-end consumer credit plan pursuant to 15 U.S.C 1602(j) at the federal reserve to obtain a 2018 Dodge Charger Hellcat. Defendant used a deceptive form to create a false belief that Plaintiff received a loan when it was credit that Plaintiff extended to himself. Which will make Defendant allegation of Plaintiffs owing a debt fraudulent.

The Defendant is in violation of 15 U.S.C 1605

**Claim II**: _____

_____

_____

Supporting Facts:

3

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

1.Assume jurisdiction of this case

2. Declare the security interest in Plaintiff's vehicle void;

3.Order Defendants to take all action necessary to terminate any security interest in Plaintiff's Vehicle created under the transaction

4. Pay invoice attach the this complaint

5. Award the Plaintiff statutory damages for Defendants failure to respond properly to the plaintiff rescission notice and affidavits , in the amount of twice the finance charge in connection with this transaction as provided under 15 U.S.C 1640(a)

6.Order that, because the Defendants failed to respond to the Plaintiff's notice of rescission and finance charge violations , the Plaintiff has no duty to tender, but in the alternative, if tender is required, determine the amount of the tender obligation in light of all of the Plaintiff's claims, and order the Defendants to accept tender on reasonable terms and over a reasonable period of time

## F. JURY DEMAND

Do you wish to have a jury trial? Yes          No

_____          _Robinson Azumah J_
Original signature of attorney (if any)     **Plaintiff's Original Signature**

_____          _Azumah Robinson_
Printed Name                                Printed Name


(   )                                        _(203) 435-7272_
Attorney's full address and telephone        Plaintiff's full address and telephone
                                             _Zumahr@gmail.com_

Email address if available                   Email address if available


# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _US district Court_____ on _08-09-21_____.
           (location)                        (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5

## "D.CAUSE OF ACTION."

3. Defendant took security interest in this transaction which secured all Plaintiff obligation to this retail installment contract.

4. Defendant retain a security interest.  Defendant should have disclosed to Plaintiff clear and conspicuously that Plaintiff had the right to rescind this transaction and provided Plaintiff the proper forms pursuant to 15 U.S.C 1635a. Which Defendant failed to do so

5. Plaintiff notified Defendant on February 24,2021 the violation 15 U.S.C 1635 via Affidavit of Truth which was mailed to their place of business by US Mail, certified mail. Which Defendant failed to rebut line by line with another affidavit which by law makes my affidavit stands as truth. A true and accurate copy of that affidavit of truth, marked Plaintiff Exhibit B

6. Due to Defendant failing to disclose to Plaintiff his right to rescind pursuant to 15 U.S.C 1635(f) Plaintiff has 3 years after the consummation of the transaction to exercise the right to rescind

7. On February 24, 2021, the Plaintiff rescinded the transaction by sending to Defendant at 100 North Tryon st Charlotte, NC  28255 by U.S. Mail, certified mail, a notice of rescission. A true and accurate copy of that notice of rescission is attached hereto, marked PLANTIFF'S EXHIBIT C

8. The Defendant have failed to take any action necessary or appropriate to reflect the termination of any security interest created under the transaction within the required 20 calendar days, including the security interest as required by 15 U.S.C. § 1635(b).

9. On May 21, 2021, the Plaintiff exercise his rights again to rescind the transaction by making a complaint on the Consumer Finance Protection Bureau. A true and accurate copy of that notice of rescission is attached hereto, marked PLANTIFF'S EXHIBIT D

10. Defendant failed to comply with 15 U.S.C 1605. Plaintiff was required by Defendant to put down a cash down payment of $10,690 which 15 U.S.C 1605 states the finance charge does not include charges of a type payable in a comparable cash transaction. Defendant should have never required federal reserve's notes in a consumer credit transaction.

11. Defendant failed to comply with 15 U.S.C 1605(5). Defendant failed to include Plaintiff auto insurance into the finance charge which was a factor in the approval by the creditor.

12. On February 26, 2021 Plaintiff notified Defendants of the violations of 15 U.S.C 1605 via Affidavit of Truth which was mailed to Defendant place of business. Which Defendant failed to rebut line by line with another affidavit which by law makes my affidavit stands as truth. A true and accurate copy of that affidavit of truth, marked Plaintiff Exhibit E

13. On May 27 2021 Defendant responded with a notice of repossession threating to come repossessed my vehicle due to a non-payment of debt. Marked plaintiffs exhibit F Which is a violation of 15 U.S.C 1692e4. Plaintiff notified Defendants of FDCPA violations via personal cover letter, Affidavit of truth, cease and desist , and an invoice by mail to Defendant headquarters in NC. A true and accurate copy is attach marked as Plaintiff Exhibit G. Defendant was requesting Plaintiff to pay $67,247.76. Pursuant to Article 1 section 10 gold and silver coins is tender in payment of debt which was taking away in 1933 which united states gave Consumers a credit card which is a social security to take on all obligations.

SIMPLE FINANCE CHARGE *Plaintiff Exhibit A*

Dealer Number _____    Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| AZUMAH JOMO KENYATTA ROBINSON 85 POND ST NEW HAVEN CT 06511 | N/A | LOEHMANN BLASIUS CHEVROLET INC PO BOX 2510 WATERBURY, CT 06723 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used/Demo | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2018 | DODGE CHARGER | 2C3CDXL92JH230032 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ |

## TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of |
|---|---|---|---|---|
| 9.19 % | $ 19885.56 | $ 64373.88 | $ 84259.44 | $ 0.00 is $ 84259.44 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 1170.27 | Monthly beginning 10/18/2019 |
| N/ | N/A | N/A |

Or As Follows:

**Late Charge.** If payment is not received in full within ___10___ days after it is due, you will pay a late charge of $ __10.00__ or __5__ % of the part of the payment that is late, whichever is __less__.
**Prepayment.** If you pay early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance.** You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**
### Optional Credit Insurance
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ _____N/A_____
Credit Disability $ _____N/A_____
Insurance Company Name _____N/A_____
Home Office Address _____N/A_____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed.

Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

## ITEMIZATION OF AMOUNT FINANCED
1 Cash Price (including $ __1553.69__ sales tax)     $ __58189.49__ (1)
2 Total Downpayment =

| | (Year) | (Make) | (Model) |
|---|---|---|---|
| Trade-In | 2019 | DODGE | N/A |

Gross Trade-In Allowance    $ __35000.00__
Less Pay Off Made By Seller    $ __48852.67__
Equals Net Trade In    $ __-13852.67__
+ Cash    $ __10690.00__
+ Other    N/A    $ __N/A__
(If total downpayment is negative, enter "0" and see 4I below)    $ __0.00__ (2)
3 Unpaid Balance of Cash Price (1 minus 2)    $ __58189.49__ (3)
4 Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):

   A Cost of Optional Credit Insurance
     Paid to Insurance Company or Companies.
     Life    $ __N/A__
     Disability    $ __N/A__    $ __N/A__
   B Vendor's Single Interest Insurance
     Paid to Insurance Company    $ __N/A__
   C Other Optional Insurance Paid to Insurance Company or Companies    $ __N/A__

### Other Optional Insurance
☐ ___N/A___    ___N/A___
   Type of Insurance    Term
Premium $ ___N/A___
Insurance Company Name ___N/A___
Home Office Address ___N/A___
☐ ___N/A___    ___N/A___
   Type of Insurance    Term
Premium $ ___N/A___

| | |
|---|---|
| Total Other Charges and Amounts Paid to Others on Your Behalf | |
| 5  Amount Financed (3 + 4) | $ 64373.88 (5) |

...if any check you give us is dishonored.

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ , Year _____ . SELLER'S INITIALS _____

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, we require VSI insurance for the initial term of the contract to protect us for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for our protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through us, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

Finance Charge begins on the date of this contract unless the box in the next sentence is checked. If this box is checked, ☐ Finance Charge begins on N/A and we will not charge Finance Charge before this date, even if you pay late. Regardless of whether the box in the preceding sentence is checked, once Finance Charge begins, you will have to pay Finance Charge on the unpaid Amount Financed at the Annual Percentage Rate shown above. (See also Section 1.a. on the reverse side.)

If you make any required payment (including any deferred payment) more than 10 days late, you will have to pay a late charge as described above. If you make any required payment (including any deferred payment) late, we may also take the steps described in Sections 3.b. through 3.g. on the reverse side.

By signing below, you agree that we told you what may happen if you do not make the first or any other required payment (including any deferred payment) on time.

Buyer Signs X_____ Co-Buyer Signs X_____

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos.                    N/A
                                 Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X_____

## NO COOLING OFF PERIOD
**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X_____   Co-Buyer Signs X N/A_____
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See back for other important agreements.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a true and completely filled-in copy when you signed it.**

**NOTICE TO THE BUYER: 1. Do not sign this contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of the contract when you sign it. 3. Under the law, you have the following rights, among others: (a) To pay off in advance the full amount due and obtain a partial refund of any unearned finance charge; (b) to redeem the property if repossessed for a default; (c) to require, under certain conditions, a resale of the property if repossessed.**

Buyer Signs X_____ Date 09/05/19 Co-Buyer Signs X N/A Date _____

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X_____ Address N/A

Seller signs LOEHMANN BLASIUS CHEVROLET Date 09/05/19 By X_____ Title manager

Seller assigns its interest in this contract to BANK OF AMERICA, N.A. (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse    ☒ Assigned without recourse    ☐ Assigned with limited recourse

LOEHMANN BLASIUS CHEVROLET

| Seller | By | Title manager |
|---|---|---|

ILAW **FORM NO. 553-CT** (REV. 5/17)
©2017 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER/TRUTH IN LENDING COPY

Plantiff   Exhibit B

Affidavit of Truth

Notice to all, I am that I am , the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name Robinson , Azumah, and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will be d/b/a Robinson, Azumah and autograph as agent, attorney in face, so be it.

Whereas I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

> Fact, the Truth in Lending Act protects me against inaccurate and unfair credit bulling and credit card purchases, and,

> Fact, I am sure the removal of my information from your website, company records, or any and all derivatives therefore, of, and/or with any affiliates will ensure my privacy rights won't be violated again due to lack of my consent and this herein unrebutted Affidavit of Truth being serviced to you today and therefore, standing as truth in commerce, so be it, and ;

Fact, please show good faith in this matter by expediting the securing of the alleged information listed on your site in order to avoid me receiving further injury, damages, mental anguish, and losses due to me being a victim of identity theft, so be it, and ;

Fact, affiant is aware and has proof in the attachment labeled Exhibit A **Bank of America** is in violation of 15 USC 1635

I Azumah Robinson entered into a consumer credit transaction with Bank of America on September 5 ,2019.   I was never provided the forms needed to rescind this consumer credit transaction nor did Bank of America tell me my right to rescission pursuant to 15 USC 1635. That is in fact a violation because Bank of America withheld this information

Thank You,

I swear to all information provided herein, I do so under the penalty of perjury that the information I affirm to be true, correct, accurate to the best of my ability and knowledge it;

I do not accept this offer to contract
I do not contest tot these proceedings
I do require subrogation of the bond to settle the charge

Scanned with CamScanner

On this day of 02/21/2021 Robinson, Azumah , agent d/b/a Azumah Robinson came before me today present as a flesh and blood living being(non entity/ non debtor) under oath to the most high of creation only and provided the facts listed herein.

_Azumah Robinson_

Sworn to or affirmed by and subscribed before me on the 21 day of 02, year 2021

**LUSHANNA THOMPSON**
Notary Public, Connecticut
My Commission Expires April 20, 2025



Azumah Robinson
85 Pond st
New Haven CT 06511

Bank of America
100 Tryon st
Charlotte NC 28255

     I, Azumah Robinson, is exercising my right to rescind this consumer credit transaction pursuant to 15 USC 1635.  When I exercise my right to rescind, I am not liable for any finances or other charges and any security interest given by the obligor becomes void upon such rescission. You are on notice and you have 20 days to complete this rescission according to 15 usc 1635(b). Pursuant to 15 USC 1635(b) I choose not to return the car because it is equitable for me to keep and I have the right to tender its reasonable value. I demand my title lien free within 20 days

You can contact me at zumahr@gmail.com or my telephone 203-435-7272

_____          02-23-21
Signature                                                                  Date

Plaintiff Exhibit D

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.

 An official website of the United States Government

 Consumer Financial Protection Bureau

**(https://www.consumerfinance.gov/)**

■! Submit a Complaint

❮ All complaints (.)

# 210522-6625139
**CLOSED**

✓ **Submitted**

**STATUS**
Submitted to the CFPB on 5/21/2021

**PRODUCT**
Debt collection

**ISSUE**
Attempts to collect debt not owed

**We received your complaint. Thank you.**

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

I Azumah Robinson entered into a consumer credit transaction with Bank Of America in Sept 2019. Pursuant to 15 USC 1635 Congress states that ANY consumer credit transaction in which a security interest was retain has the right to rescind the transaction and as well keep the car(in this case) and get their down payment back if its equitable to the consumer. It is equitable to me to keep the car and get my down payment back . Pursuant to 15 USC 1611 and 15 USC 1640 failing to disclose this information makes Bank of America criminally and civilly liable for this violation

Hide full complaint ⊖

## What product or service is your complaint about?

## What company is this complaint about?

**COMPANY INFORMATION**
BANK OF AMERICA, NATIONAL
ASSOCIATION

**INVOLVEMENT**
Debt Collector

**SOCIAL SECURITY NUMBER
(LAST FOUR DIGITS)**
4882

## What people are involved?

**YOUR CONTACT
INFORMATION**
Azumah Robinson

zumahr@gmail.com
2034357272

85 Pond St
New Haven, Connecticut 06511-
1031
United States

 **Sent to company**

**STATUS**
Sent to company
on 5/21/2021

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

Plaintiff Exhibit E

Affidavit of Truth

Notice to all, I am that I am , the consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name Robinson , Azumah, and I have been appointed and accept being the executor both public and private for all matters proceeding, and I hereby claim that I will be d/b/a Robinson, Azumah and autograph as agent, attorney in face, so be it.

Whereas I of age, of majority, give this herein notice to all, I make solemn oath to the one and only most high of creation only, whoever that may be, and I depose the following facts, so be it, now present:

> Fact, the Truth in Lending Act protects me against inaccurate and unfair credit bulling and credit card purchases, and,

> Fact, I am sure the removal of my information from your website, company records, or any and all derivatives therefore, of, and/or with any affiliates will ensure my privacy rights won't be violated again due to lack of my consent and this herein unrebutted Affidavit of Truth being serviced to you today and therefore, standing as truth in commerce, so be it, and ;

Fact, please show good faith in this matter by expediting the securing of the alleged information listed on your site in order to avoid me receiving further injury, damages, mental anguish, and losses due to me being a victim of identity theft, so be it, and ;

Fact, affiant is aware and has proof in the attachment labeled  Exhibit A **Bank of America** is in violation of 15 USC 1605

I Azumah Robinson entered into a consumer credit transaction with Bank of America on September 5 2019. A consumer credit transaction is a transaction in which a finance charge is involved. Pursuant to 15 USC 1605 a finance charge is the sum of all charges in a consumer credit transaction. I was not expecting a bill. In October of 2019 Bank of America sent me a bill which is a violation of 15 USC 1692b.

Fact, affiant is aware and has proof in the attachment labeled  Exhibit A that **Bank of America** is in violation of 15 USC 1605

I, Azumah Robinson, entered into a consumer credit transaction with Bank of America on September 5, 2019. A consumer credit transaction is a transaction in which a finance charge is involved. Pursuant to 15 USC 1605 a finance charge is the sum of all charges in a consumer credit transaction. In this transaction there was a cash down payment which **CONGRESS** said pursuant to 15 USC 1605 " The finance charge does not include charges of a type payable in a

comparable cash transaction". This means that a down payment should not have been involved with this consumer credit transaction and is **ILLEGAL**.

Fact, affiant is aware and has proof in the attachment labeled  Exhibit A that **Bank of America** is in violation of 15 USC 1605(5)

I, Azumah Robinson, entered into a consumer credit transaction with Bank of America on September 5 2019. A consumer credit transaction is a transaction in which a finance charge is involved. Pursuant to 15 USC 1605(5) a finance charge should include "premium or other charge for any guarantee or insurance protecting the credits against the obligor's default or other credit loss." I have been paying separate insurance for this vehicle and that is a clear violation. Check my consumer credit sale contract and you will not see my insurance involved in my finance charge.


Thank You,

        I swear to all information provided herein, I do so under the penalty of perjury that the information I affirm to be true, correct, accurate to the best of my ability and knowledge, so be it;

I do not accept this offer to contract
I do not contest tot these proceedings
I do require subrogation of the bond to settle the charge

        On this day of 02/24/2021 Robinson, Azumah , agent d/b/a Azumah Robinson came before me today present as a flesh and blood living being(non entity/ non debtor) under oath to the most high of creation only and provided the facts listed herein.

_Azumah Robinson_

Sworn to or affirmed by and subscribed before me on the 2 day of 02, year 20 21

LUSHANNA THOMPSON
Notary Public, Connecticut
My Commission Expires April 20, 2025

Plaintiff's Exhibit F

**BANK OF AMERICA** 
275 S Valencia Ave.
CA7-701-03-89
Brea, CA 92823


AZUMAH ROBINSON
85 POND ST
NEW HAVEN, CT 06511


May 27, 2021

Regarding account number ending in: 8636
Collateral Description: 2018 DODGE CHARGER
Collateral Identification Number: 230032

## Dear AZUMAH ROBINSON:

You are in default under your contract because you are late in making your payments. If you pay the AMOUNT NOW DUE of $67,247.76 by 06/16/2021, which is the LAST DAY FOR PAYMENT, you may continue with the contract as though you were not late. Payments are to be sent to 275 S Valencia Ave. Brea, CA 92823, CA7-701-03-89. If you do not pay us by the last day for payment, we plan to repossess the above described collateral and to exercise all of our rights under law.

After repossession, you can get your collateral back by paying the accelerated balance plus costs of repossession at any time before it is sold.

If you have any questions, please contact us at 800-851-4032, 6:00am to 6:00pm Pacific or write us at 275 S Valencia Ave. Brea, CA 92823, CA7-701-03-89.

Sincerely,

BANK OF AMERICA

This is an attempt to collect a debt. Any information obtained may be used for that purpose. If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.



Azumah Robinson
85 Pond st
New Haven CT 06511

Bank of America
100 N Tryon St
Charlotte, NC 28202

### Personal Cover Letter

If you deem that I Azumah Robinson, the consumer, owes this alleged debt , I need Bank of America provide lawful proof and put it on an affidavit and sign under penalty and perjury. I have put all my facts in affidavit which stands to be truth if not rebutted line by line by another affidavit.

Corporate policy does not and has never superseded Treaties, the constitution of the United States of America, article I. E the "supreme law of the land " or federal law. The complete disregard of my lawful documents and my rights will not be tolerated. I will give 10 days as a courtesy for officers, employees, agents and CFO's at your agency to review the documents I provided. It will be in your legal department best interest to do their due diligence and to settle this privately. I need to be contacted immediately regarding this matter. My number is 203-435-7272
Email Zumahr@gmail.com

Affidavit uncontested unrequited unanswered [United states Kis, 658 F2d 526, 536 (7th Cir. 1981); Cert. denied, 50 U.S.L.W. 2169; S.Ct March 22, 1982 1982]

Allegation in affidavit in support of motion must be considered as true in the abscence of counter- affidavit. [ Group v Finletter, 108 F. Supp. 327 Federal case of Group v Finletter, 108 F. Supp 327]

An affidavit uncontested unrequited unanswered, Morris v National Cash Register, 44 S.W 2d 433 Morris v national Cash Register, 44 S.W 2d 433, clearly states at point #4 that " uncontested allegations in affidavit must be accepted as true"

07-09-21

**Azumah Robinson**
85 Pond St
New Haven CT 06511

# INVOICE

# 13

Date:            Aug 7, 2021

Bill To:                          Payment Terms:   Check by mail

**Bank of America**            Due Date:        Aug 7, 2021
100 Tryon St
Charlotte NC 28255             **Balance Due:**   **$53,771.12**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **15 U.S.C 1605(C) Violation** | 1 | $2,000.00 | $2,000.00 |
| **15 U.S.C 1635 Violation** | 1 | $2,000.00 | $2,000.00 |
| **15 U.S.C 1640 Double my finance charge** | 2 | $19,885.56 | $39,771.12 |
| **Return of Cash Downpayment** | 1 | $10,000.00 | $10,000.00 |

Total:        $53,771.12

Notes:

Payment by check only. Pay to Azumah Robinson